IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALLEN REDWINE, | No. C-11-4233 TEH (PR) |
|     Petitioner, | |
|     v. | ORDER OF TRANSFER |
| R. GROUNDS, Warden, | |
|     Respondent. | |
| _____/ | Doc. #6 |

Petitioner, a state prisoner incarcerated at Correctional Training Facility-North in Soledad, California, has filed a <u>pro se</u> Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from Butte County Superior Court. Doc. #1. Respondent has filed a motion to transfer venue to the district of conviction. Doc. #6. For the reasons that follow, Respondent's petition is GRANTED.

Venue is proper in a habeas action in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). However, the district of confinement is the preferable forum to review the execution of a sentence, including parole. <u>See</u> Habeas

L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).  Because the Butte County lies in the Eastern District of California (see 28 U.S.C. § 84(b)), the Court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter, terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED    *04/04/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.11\Redwine-11-4233-transfer.wpd

2